RECEIVED
OCT 0 9 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:25-cr-080 |
| v. | INDICTMENT |
| JORGE ELIECER GONZALEZ-OCHOA, also known as, Elijah Rodriguez, | T. 18 U.S.C. § 1546(a) <br> T. 18 U.S.C. § 1546(b)(1) <br> T. 18 U.S.C. § 1546(b)(2) |
| Defendant. | T. 42 U.S.C. § 408(a)(7)(B) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Fraud and Misuse of Documents)

In or about May 2025, in the Southern District of Iowa, the defendant, JORGE ELIECER GONZALEZ-OCHOA, also known as, Elijah Rodriguez, did knowingly possess a document prescribed by statute or regulation for entry into, or as evidence of authorized stay or employment in, the United States, that is, a Permanent Resident Card, bearing the name of Elijah Rodriguez and an alien registration number with the last three digits "806," which defendant knew had been forged, counterfeited, altered, and falsely made, in that defendant did not have a Permanent Resident Card, the name on the card was not his name, and the alien registration number on the card was not his, but the card contained his picture.

This is a violation of Title 18, United States Code, Sections 1546(a).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Use of Immigration Identification Document Not Lawfully Issued)**

In or about May 2025, in the Southern District of Iowa, the defendant, JORGE ELIECER GONZALEZ-OCHOA, also known as, Elijah Rodriguez, for the purpose of satisfying a requirement of the employment verification system set forth in subsection 1324a(b) of Title 8 of the United States Code, used an identification document, to wit, a permanent residency card with an alien registration number with the last three digits "806," and a social security card with the last four numbers of "0400," knowing or having reason to know that said document was false or not issued lawfully for the use of defendant, who possessed said documents.

This is a violation of Title 18, United States Code, Sections 1546(b)(1) and 1546(b)(2).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
### (False Representation of Social Security Number)

In or about May 2025, in the Southern District of Iowa, the defendant, JORGE ELIECER GONZALEZ-OCHOA, also known as, Elijah Rodriguez, for the purpose of obtaining for himself anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him in federal employment documents submitted to "Company A," when in fact, such number was not assigned by the Commissioner of Social Security to him.

This is a violation of Title 42, United States Code, Section 408(a)(7)(B).

A TRUE BILL.

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Kaitlyn R. Macaulay
Assistant United States Attorney