## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen B. Jackson, Jr., Chief U.S. Magistrate Judge
Criminal No. 3:25-cr-00080-SHL-SBJ-1    :    Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs. Jorge Eliecer Gonzalez-Ochoa

Gov. Atty(s): Matthew Stone for K. Macaulay    : ✔ Indictment  ☐ Superseding Indictment  ☐ Information
Def. Atty(s): Abdel Reyes    : ☐ Complaint  ☐ Warrant  ☐ Summons
Def. Appears: ☐ In Person  ✔ Video Conference    : Code Violation/Offense:
✔ All Parties Consent to Video Proceeding    : 18:1546(a) - Fraud and Misuse of Documents (1)
Court Reporter: FTR Gold - 242    : 18:1546(b)(1), 1546(b)(2) - Use of Immigration Identification Document Not Lawfully Issued (2)
Interpreter: Lisa Dickens
✔ Interpreter Sworn    : 42:408(a)(7)(B) - False Representation of Social Security Number (3)

Date: October 15, 2025
Initial Appearance Start Time: 1:03 pm    Arraignment Start Time: 1:10 pm    End Time: 1:22 pm

### Initial Appearance

✔ Advised of Rights    : ✔ Appointed/Previously Appointed FPD
✔ Advised of Consular Notification Rights    : ☐ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ✔ Yes ☐ No    : ☐ Retained Counsel
✔ Rule 5 Admonition Given

### Arraignment

Trial Scheduled for: December 1, 2025    : ✔ Advised of Charges/Maximum Penalties
Rule 16 Material due: October 29, 2025    : ✔ Indicted in True Name
Reciprocal Discovery due: November 5, 2025    : True Name:
Pretrial Motions due: November 10, 2025    : ✔ Reading of Indictment Waived
Plea Notification Deadline: N/A    : Plea of Not Guilty Accepted as to Ct(s): 1-3
Plea Entry Deadline: November 17, 2025    : ☐ Denied Forfeiture
Status/Scheduling Conference (Counsel Only):    : ✔ Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG.

### Custody Status

✔ Government Moved for Detention
☐ Defendant Waived Preliminary Examination    : Detention Hearing Set: October 20, 2025, at 2:45pm
☐ Defendant Waived Detention Hearing    : Before: The Honorable Stephen B. Jackson, Jr.
Court Ordered Defendant:    : Courthouse: Davenport    Room: 242
☐ Released on Bond    : Revocation Hearing Set:
✔ Detained    : Before:
    : Courthouse:    Room:

The Court finds that today's hearing was conducted by reliable electronic means.

/s/ Brian Phillips
Deputy Clerk