AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Jorge Eliecer Gonzalez-Ochoa<br>*Defendant* | Case No. 3:25-cr-080 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jorge Eliecer Gonzalez-Ochoa                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Ct 1 - Fraud and Misuse of Documents, in violation of 18 U.S.C. § 1546(a),
Ct 2 - Use of Immigration Identification Document Not Lawfully Issued, in violation of 18 U.S.C. §§ 1546(b)(1), (b)(2), and
Ct 2 - False Representation of Social Security Number, in violation of 42 U.S.C. §§ 408(a)(7)(B).

WARRANT ISSUED
CHANDLOR G. COLLINS, Clerk

By: *[signature]*
DEPUTY CLERK

Date: 10/09/2025

*Issuing officer's signature*

City and state:     Davenport, Iowa                    Stephen B. Jackson, Jr., Chief U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/04/25 , and the person was arrested on *(date)* 10/11/25
at *(city and state)* Muscatine, IA .

Date: 10/11/25

*Arresting officer's signature*

JONATHON KOVACH   Deportation Officer
*Printed name and title*